**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**

ORIGINAL

Dorubhek[illegible] Manogwa
Plaintiff

3-19CV 2636M
Civil Action No.

v.

Jane J. Boyle, A. Joe Fish & Custom Border Patrol
Defendant

I THINK "FRAUD DONE BY JUDGES"

**COMPLAINT**

- Jane J. Boyle messed with my first name and last name even if it has been mentioned clearly.
- she didn't entered all the defendants properly
- she did let another Judge named "A. JOEFISH"
- she did let another Judge named "A. JOEFISH" to close the case with out answering anything about criminal behavior of Mohan Kumar Ravi even though I attached his last messages of his actual plan of separately my kids from me illegally with support of CPS + [illegible] Court As he took away my kids then abduction happened during 09/18/2019 - 10/16/2019 once CPS cheated for the file I opened on 02/05/2019 against his behavior

* Attach additional pages as needed.

Date 11/05/2019

Signature DManogwa

Print Name D. MANOGWA

Address

City, State, Zip

Telephone 469-778-8965

*Additional Page(s)

Started happening after 10 - 15 days of 12-10-2018 once I became citizen on 12-10-2018 which is very awkward as USCIS proved Seen neither mentally sick or a criminal by doing all kinds of back ground check along criminal history when they are approving citizenship and my passport. If any either side (or) criminal (or) not right person to be citizen they should have detained (or) sentenced me to deport.

*Custom Border patrol:-

Manogna noticed custom border patrol are not performing their job successfully as they didn't check her visa status twice.

1. When she is entering in to galveston port. While she is coming back from cruise from cozmuel in 2009 Dec for christmas

2. When Manogna is crossing Elpaso in to New mexico during her road trip in greyhound bus last month. Due to that the passenger sitting on my side started doing oral sex and oozing sperms out of his penis and sexualing me & him. He started soon after the custom border patrol stopped checking the passengers and left in the middle

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

U.S. DISTRICT COURT NORTHERN DIST. OF TX FILED

2019 NOV -1 PM 1:09

DEPUTY CLERK

Devabhaktuni Manogna, Trayee Ravi, Kushal Ravi
Plaintiff

v.

3-19CV2596-B
Civil Action No.

Mohan Kumar Ravi, David C Godbey, Rutherford Rebecca, Morgan Krington, DFPS, CPS
Defendant

MANDATORY JUDGE IS BARBARA M.G. Lynn

**COMPLAINT**

All of them closed my actual criminal case 3:19-cv-01743-N-BT without talking to me about Mr. Mohan Kumar ravi who is secretly hidden sexual harassa who harassed me and trayee ravi and Kushal Ravi. He is a manipulator who hitted, harassed, tried to kill Manogna during their 13 years relationship by harassing her saying that she is African American and made her life hes hot soon after marriage start and before he started hitting her and manipulating her saying that he will become orphan if I leave him alone when I planned to call cops on him and also used to hit kid more and murder to go quiet. I need those criminals to give me back my kids, money and life.

* Attach additional pages as needed.

Date 11/01/2019

Signature DManogna

Print Name D. MANOGNA

Address

City, State, Zip LIVING ON STREET & BEGGING FOR MONEY

Telephone BECAUSE OF DAVID C GODBEY & RUTHERFORD REBECCA NEGLIGENCE

●●●○○ Verizon LTE 3:17 PM

July 2017 threatening message

Mohan

On top of it - I can see that you are making strategies to mitigate my efforts in taking kids away from you.

Now ur family will come into picture now after everything is ruined & you all with bad mouth me around town.

I have seen how you guys operate

Mohan K

Kids don't need to suffer while you & me are fucking fighting; Iam making sure no matter which house they are in - to make sure they are not left behind

If you want to spoil & kill their lives too - Do so & I will make sure what's a angry dad is supposed to do when he sees some one meddling with the kids life

I technically don't have to pay

Verizon LTE 3:18 PM

Mohan

No you need help/guidance.

But Why did you call your brother of all the days? Yesterday evening?

●●ooo Verizon LTE 2:45 PM

JULY 2017 MESSAGES After divorced
Kims on 04/14/2017 Mohan ②

You are shameless people - You blamed my expired dad, his father & his father

You all are pathetic pieces of shit that somehow got lucky

Iam not disconnecting the phone today. You have time to go to a shop & get a new connection this evening after I pick up Kushal

Verizon 7:42 AM

Mohan

I saw the handling seeds

D

He says yes to me also at home

What can I do



●●○○○ Verizon 7:42 AM

Mohan

I don't fucking know what to do either & why he is doing all this stuff

I am just wasting money & I cannot take one kid out at a time - My Fucking life & I don't know what lam doing here

Thanks for the suggestion.
I know how to deal with a small kid.
Iam talking here in length coz all the measures are failing

I'm cancelling the 2nd session of swimming for both the kids

**3:19-cv-02596-B-BK** Manogna et al v. Ravi et al
Jane J. Boyle, presiding
Renee Harris Toliver, referral
**Date filed:** 11/01/2019
**Date terminated:** 11/05/2019
**Date of last filing:** 11/05/2019

# Case Summary

**Office:** Dallas
**Jury Demand:** None
**Nature of Suit:** 440
**Jurisdiction:** Federal Question
**County:** Dallas
**Origin:** 1
**Lead Case:** None
**Related Case:** None

**Filed:** 11/01/2019
**Demand:**
**Cause:** 42:1983 Civil Rights Act
**Disposition:** Dismissed - Other *what does other means?*
**Terminated:** 11/05/2019
**Reopened:**

**Other Court Case:** None

**Defendant Custody Status:**
**Pending Status:** Staff Attorney 5
**Flags:** CLOSED,M/IFP,SCREEN,STLF

**Plaintiff:** Manogna Devabhaktuni
**Plaintiff:** Trayee Ravi
**Plaintiff:** Kushal Ravi
**Defendant:** Mohan Kumar Ravi
**Defendant:** David C Godbey
**Defendant:** Rebecca Rutherford
**Defendant:** Morgan Arrington

*Missing CPS-DFPS as defendant*

*Additional Page(s)

*A.JOE FISH* - Iam not sure what kind of Knowledge he has about me, myself, my kids, my life since 2002 - 2019 with Mr. Mohan Kumar Rasi. Iam not sure what kind of practical experience he has with a man who assaulted a human being with irrational behaviors even including smoking 2-3 cigrattes in 5 minutes and drunken 10-15 Beer bottles when he drinks.

I hope being a Judge (US) human being that was brought up with good family standards and moral he will give proper Justification to Plaintiffs instead of closing the files with in appropriate Justification especially plantiffs are living their life Just by trusting Judges to give good results for their life. As per me A Judge is a Cardiologist who takes care of plaintiff just like his own family patient instead of treating them like they are nothing but useless.

A.JOE FISH closed couple of my cases with out talking to me not giving proper Justification by weighing plaintiffs life and her kids life.

Iam not here to see all the Judges Iam here as I felt Federal is home for me to protect from Criminals and other activities that

| | | | |
|---|---|---|---|
| 3:19-cv-02559-C-BN | Devabhaktuni v. Trumph et al | filed 10/28/19 | |
| 3:19-cv-02560-K-BN | Devabhaktuni v. Arrington et al | filed 10/28/19 | |
| 3:19-cv-02582-C-BH | Devabhaktuni v. Federal Court of Texas et al | filed 10/30/19 | |
| 3:19-cv-02596-B-BK | Manogna et al v. Ravi et al | filed 11/01/19 | closed 11/05/19 |
| 3:19-cv-02619-B-BN | Devabhaktuni v. Cummings | filed 11/04/19 | |
| 3:19-cv-02621-G-BK | Devabhaktuni v. LDS Mormon Chruch in Colony & Utah | filed 11/04/19 | |

closed by A Joe Fish But assigned to different Judges especially when it is a criminal file against Mohan K Ravi CPS DFPS

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MANOGNA DEVABHAKTUNI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| VS. | ) | |
| | ) | 3:19-CV-2216-G (BT) |
| HONORABLE DAVID C. GODBEY, | ) | |
| | ) | |
| Defendant. | ) | |

check about Mohan Kumar Rao, CPS & DPPS?

JUDGMENT

The court has entered its order accepting the findings, conclusions, and recommendation of the United States Magistrate Judge in this case.

It is **ORDERED**, **ADJUDGED** and **DECREED** that:

1. The complaint is **DISMISSED** with prejudice under 28 U.S.C. § 1915(e)(2)(B).

2. Plaintiff is hereby **SANCTIONED** and **BARRED** from proceeding *in forma pauperis* in any civil action in this court – whether she files the action in this court, she files it in another court and it is removed to this court, or she files in another federal court and it is transferred to this court.

3. The clerk shall transmit a true copy of this judgment, together with a true copy of the order accepting the findings, conclusions, and recommendation of the United States Magistrate Judge, to the parties.

October 28, 2019.

A. JOE FISH
Senior United States District Judge

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

U.S. DISTRICT COURT NORTHERN DIST. OF TX FILED

2019 NOV -1 PM 1:09

DEPUTY CLERK

Devabhaktuni Manogna, TRAYEE RAVI, KUSHAL RAVI
Plaintiff

v.

3-19CV2596-B
Civil Action No.

Mohan Kumar Ravi, David C Godbey, Rutherford Rebecca, Morgan Arrington
Defendant

DFPS, CPS

MANDATORY JUDGE IS BARBARA M. G. LYNN

**COMPLAINT**

All of them closed my actual criminal case 3:19-cv-01743-N-BT without talking to me about Mr. Mohan Kumar ravi who is secretly hidden sexual harasser who harassed me and trayee ravi and Kushal Ravi. He is a manipulator who hitted, harassed & tried to kill Manogna during their 13 years relationship by harassing her saying that she is African American and made her little kid soon after marriage start and made her little kid before he started hitting her and manipulating her saying that he will become orphan if I leave him alone when I planned to call cops on him and also used to hit kid more and made to go quiet. I need those criminals to give me back my kids, money and life.

* Attach additional pages as needed.

Date 11/01/2019

Signature D Manogna

Print Name D. MANOGNA

Address

City, State, Zip LIVING ON STREET & BEGGING FOR HOPE

Telephone BECAUSE OF DAVID C GODBEY & RUTHERFORD REBECCA NEGLIGENCE

JS 44 (Rev. 06/17) - TXND (Rev. 06/17)

Case 3:19-cv-02596-B-BK Document 3 Filed 11/01/19 Page 2 of 22 PageID 6

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

**I. (a) PLAINTIFFS** [handwritten, partly illegible] Bhaktimi Mallagre Srayee Rao, Kashal Rao

**(b)** County of Residence of First Listed Plaintiff Dallas *(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)* SELF

**DEFENDANTS** David C Godbey, Mohan Kumar Rao, Reetu [illegible] Rebecca, Morgan Arrington

County of Residence of First Listed Defendant Dallas *(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

RECEIVED NOV - 1 2019 CLERK U.S. DISTRICT COURT NORTHERN DISTRICT OF TEXAS

**II. BASIS OF JURISDICTION** *(Place an "X" in One Box Only)*

- [X] 1 U.S. Government Plaintiff
- [X] 3 Federal Question *(U.S. Government Not a Party)*
- [X] 2 U.S. Government Defendant
- ☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

**III. CITIZENSHIP OF PRINCIPAL PARTIES** *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* *(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [X] 1 | [X] 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | [X] 2 | [X] 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | [X] 3 | [X] 3 | Foreign Nation | [X] 6 | [X] 6 |

**IV. NATURE OF SUIT** *(Place an "X" in One Box Only)* Click here for: Nature of Suit Code Descriptions.

**CONTRACT**
☐ 110 Insurance
☐ 120 Marine
☐ 130 Miller Act
☐ 140 Negotiable Instrument
☐ 150 Recovery of Overpayment & Enforcement of Judgment
☐ 151 Medicare Act
☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans)
☐ 153 Recovery of Overpayment of Veteran's Benefits
☐ 160 Stockholders' Suits
☐ 190 Other Contract
☐ 195 Contract Product Liability
☐ 196 Franchise

**REAL PROPERTY**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**TORTS**

PERSONAL INJURY
☐ 310 Airplane
☐ 315 Airplane Product Liability
[X] 320 Assault, Libel & Slander
☐ 330 Federal Employers' Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
[X] 360 Other Personal Injury
[X] 362 Personal Injury - Medical Malpractice

PERSONAL INJURY
☐ 365 Personal Injury - Product Liability
☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability
☐ 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY
[X] 370 Other Fraud
☐ 371 Truth in Lending
[X] 380 Other Personal Property Damage
[X] 385 Property Damage Product Liability

**CIVIL RIGHTS**
☐ 440 Other Civil Rights
☐ 441 Voting
[X] 442 Employment
[X] 443 Housing/ Accommodations
[X] 445 Amer. w/Disabilities - Employment
[X] 446 Amer. w/Disabilities - Other
☐ 448 Education

**PRISONER PETITIONS**
Habeas Corpus:
☐ 463 Alien Detainee
☐ 510 Motions to Vacate Sentence
☐ 530 General
☐ 535 Death Penalty
Other:
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition
☐ 560 Civil Detainee - Conditions of Confinement

**FORFEITURE/PENALTY**
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 690 Other

**LABOR**
☐ 710 Fair Labor Standards Act
☐ 720 Labor/Management Relations
☐ 740 Railway Labor Act
☐ 751 Family and Medical Leave Act
☐ 790 Other Labor Litigation
☐ 791 Employee Retirement Income Security Act

**IMMIGRATION**
☐ 462 Naturalization Application
☐ 465 Other Immigration Actions

**BANKRUPTCY**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
☐ 820 Copyrights
☐ 830 Patent
☐ 835 Patent - Abbreviated New Drug Application
☐ 840 Trademark

**SOCIAL SECURITY**
☐ 861 HIA (1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g))
☐ 864 SSID Title XVI
☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
☐ 870 Taxes (U.S. Plaintiff or Defendant)
☐ 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
☐ 375 False Claims Act
☐ 376 Qui Tam (31 USC 3729(a))
☐ 400 State Reapportionment
☐ 410 Antitrust
☐ 430 Banks and Banking
☐ 450 Commerce
☐ 460 Deportation
☐ 470 Racketeer Influenced and Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Sat TV
☐ 850 Securities/Commodities/ Exchange
☐ 890 Other Statutory Actions
☐ 891 Agricultural Acts
☐ 893 Environmental Matters
☐ 895 Freedom of Information Act
☐ 896 Arbitration
☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision
☐ 950 Constitutionality of State Statutes

**V. ORIGIN** *(Place an "X" in One Box Only)*

[X] 1 Original Proceeding ☐ 2 Removed from State Court ☐ 3 Remanded from Appellate Court ☐ 4 Reinstated or Reopened ☐ 5 Transferred from Another District *(specify)* ☐ 6 Multidistrict Litigation - Transfer ☐ 8 Multidistrict Litigation - Direct File

**VI. CAUSE OF ACTION**

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*: 11/01/2019

Brief description of cause: JUDGES Damaged my [illegible] and [illegible] life

**VII. REQUESTED IN COMPLAINT:** ☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $ 1 TRILLION ASTHEY MADE [illegible]

CHECK YES only if demanded in complaint: JURY DEMAND: [X] Yes ☐ No

**VIII. RELATED CASE(S) IF ANY** *(See instructions)*: JUDGE BARBARA M. G. LYNN DOCKET NUMBER

DATE 11/01/2019 SIGNATURE OF ATTORNEY OF RECORD [signature]

**FOR OFFICE USE ONLY**

RECEIPT # AMOUNT APPLYING IFP JUDGE MAG. JUDGE

# INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

**I.(a)** **Plaintiffs-Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

**(b)** **County of Residence.** For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

**(c)** **Attorneys.** Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

**II.** **Jurisdiction.** The basis of jurisdiction is set forth under Rule 8(a), F.R.Cv.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.
United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.
United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.
Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.
Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked. (See Section III below; **NOTE: federal question actions take precedence over diversity cases.)**

**III.** **Residence (citizenship) of Principal Parties.** This section of the JS 44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

**IV.** **Nature of Suit.** Place an "X" in the appropriate box. If there are multiple nature of suit codes associated with the case, pick the nature of suit code that is most applicable. Click here for: Nature of Suit Code Descriptions.

**V.** **Origin.** Place an "X" in one of the seven boxes.
Original Proceedings. (1) Cases which originate in the United States district courts.
Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441. When the petition for removal is granted, check this box.
Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.
Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.
Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.
Multidistrict Litigation – Transfer. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407.
Multidistrict Litigation – Direct File. (8) Check this box when a multidistrict case is filed in the same district as the Master MDL docket.
**PLEASE NOTE THAT THERE IS NOT AN ORIGIN CODE 7.** Origin Code 7 was used for historical records and is no longer relevant due to changes in statue.

**VI.** **Cause of Action.** Report the civil statute directly related to the cause of action and give a brief description of the cause. **Do not cite jurisdictional statutes unless diversity.** Example: U.S. Civil Statute: 47 USC 553 Brief Description: Unauthorized reception of cable service

**VII.** **Requested in Complaint.** Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.
Demand. In this space enter the actual dollar amount being demanded or indicate other demand, such as a preliminary injunction.
Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

**VIII.** **Related Cases.** This section of the JS 44 is used to reference related pending cases, if any. If a related case exists, whether pending or closed, insert the docket numbers and the corresponding judge names for such cases. A case is related to this filing if the case: 1) involves some or all of the same parties and is based on the same or similar claim; 2) involves the same property, transaction, or event; 3) involves substantially similar issues of law and fact; and/or 4) involves the same estate in a bankruptcy appeal.

**Date and Attorney Signature.** Date and sign the civil cover sheet.

●●●○○ Verizon LTE 3:17 PM

July 2017 Threatening message

Mohan (V)

On top of it - I can see that you are making strategies to mitigate my efforts in taking kids away from you.

Now ur family will come into picture now after everything is ruined & you all with bad mouth me around town.

I have seen how you guys operate

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

female

| | | |
|---|---|---|
| **DEVABHAKTUNI MANOGNA,** | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **No. 3:19-cv-1743-N (BT)** |
| | § | |
| **CPS, ET AL.,** | § | |
| **Defendants.** | § | |

## ORDER

Plaintiff filed a motion to proceed *in forma pauperis*. (ECF No. 5.) Whether to permit or deny an application to proceed *in forma pauperis* is within the sound discretion of the Court. *Prows v. Kastner*, 842 F.2d 138, 140 (5th Cir. 1988); *see also*, 28 U.S.C. § 1915. Courts should make the assessment of financial ability after considering whether payment of the filing fee will result in the petitioner "suffering undue financial hardship." *Prows*, 842 F.2d at 140.

not married → divorced

Here, Plaintiff states his wife receives an income of $5,000 per month, and that he receives $7,000 per month in public benefits and $1,370 in child support. He states he has two children, and the only expenses he lists is $1,370 per month for food. The Court finds Plaintiff has

failed to show that payment of the $400 filing fee would cause undue financial hardship.

The Court will defer ruling on Plaintiff's motion to proceed *in forma pauperis* and will grant Plaintiff 30 days from the date of this order to pay the filing fee.  Failure to pay the filing fee will result in a recommendation that this action be dismissed.

SO ORDERED.

Signed July 24, 2019.


REBECCA RUTHERFORD
UNITED STATES MAGISTRATE JUDGE



UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF TEXAS DALLAS DIVISION

MANOGNA DEVABHAKTUNI, §
Plaintiff, §
Vs. § Civil Action No.: 3:19-cv-01743-N-BT
CPS Et. Al §
Defendants. §

**DEFENDANT MOHAN KUMAR RAVI MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(6)**

Plantiff Manogna Devabhaktuni (Pro Se) herself in person acted as a processor to serve the summons on the above mentioned case. Please refer to EXHIBIT A, The Summons in its entirety that were provided by the litigant.

No details on the complaint nor the case as filed with THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF TEXAS DALLAS DIVISION were provided either as part of the Serving nor any time following the initiation of the case by the litigant till date.

Persuant to Federal Rule of Civil Procedure Rule 4. (c) (1) and Rule 4. (c) (2), Respectfully requesting the court to invalidate the summon and the serving.

**CONCLUSION**

THEREFORE, Defendant Mohan K Ravi respectfully requests that this Court dismiss, with prejudice, Plaintiff's Complaint and all causes of action asserted therein, pursuant to Federal Rule of Civil Procedure 12(b)(6). Defendant also requests such other and further relief, at law or in equity, to which it may be justly entitled.

# UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF TEXAS

FILED
2019 JUL 22 AM 11:34
DEPUTY CLERK

DEVABHAKTUNI MANOGNA
Plaintiff

3-19CV-1743N
Civil Action No.

v.

CPS, DFPS, HOSPITALS, DASHA BARTON, CHILIA MARTIN, ANITA LAL, KRIS KAT SEANES, MOHAN KUMAR RAVI, KELSON JAY FISCHER, ARTHUR MURRAY DANCE STUDIO, FIONA IAN PERSIAN MEDIUM, LEBANON RIDGE APARTMENTS, NIVEA LAWERNCE, PRISM ROSE AT LAKE HILL
Defendant

## COMPLAINT

- I HAVE BEEN ROBBED BY FIO JOHNSON (FIONA IAN PERSIAN MEDIUM) ALONG WITH KELSON JAY FISCHER | KELSON BROOKS.
- I HAVE BEEN HARASSED BY MOHAN KUMAR RAVI SINCE DEC 2002 TILL DATE
- I HAVE BEEN BLACK MAILED AND HARASSED AND RIPPED OF ARTHUR MURRAY DANCE STUDIO
- I HAVE BEEN BLACK MAILED, HARASSED AND DUMPED BY LDS CHURCH MEMBERS - DASHA BARTON, CHILIA MARTIN, ANITA LAL, KRIS KAT SEANES, IN BEHAVIORAL CENTERS
- I HAVE BEEN USED BY KELSON FISCHER AND LOST 8 MILLION DOLLARS

* Attach additional pages as needed.

LDS CHURCH & IT MEMBERS PUT MANOGNA INTO MALPRACTICE ON 04/06/2019 SOON AFTER MANOGNA BECAME CITIZEN ON 02/10/2018

Date 07/22/2019

Signature D Manogna

Print Name DEVABHAKTUNI MANOGNA

Address 2355 LEBANON ROAD, #2107 FRISCO, TEXAS, 75034

City, State, Zip FRISCO, TEXAS, 75034

Telephone 469-978-4941

*Additional Page(s)

CPS & DFPS KEPT WORKING ON MY CASE WITH WRONG FILE WHICH IS ILLEGAL CASE ON HOSPITAL MAL PRACTICE AND TOOK AWAY MY KIDS WITH OUT PROPER EXPLANATION.

I NEED HELP TO GET MY MONEY BACK, MY LOST MONEY BY WINNING CASES ON HOSPITALS FOR MAL PRACTICE AND MY KIDS BACK.

ARTHUR MURRAY DANCE STUDIO CALLED ME IN JAN 2017 FIRST WEEK AND THREATENED ME SAYING THAT THEY WILL KILL ME & MY KIDS I WENT TO CLASSES THERE FOR A YEAR FROM 12/28/2015 - 12/08/2016.

THEY MADE MOHAN KUMAR RAUT, KELSON JAY FISCHER, FIONA IAN THE PERSIAN MEDIUM, NIVEA LAWRENCE DASHA BARTON, CHILEA MARTIN, ANITA LAL TOGETHER KILLED BY TAKING AWAY ALL MY MONEY & PROPERTY

I GAVE ALL MY FILE TO CPS AGENT ASHLEY GAINES TO HELP ME.

I LOST 9 MILLION DOLLARS. DASHA BARTON PUT ME DOWN ON 01/06/2019 SOON AFTER I BECAME CITIZEN of AMERICA.

I NEED THAT MONEY BACK TO ME. I ALSO WANT TO SUE THE APARTMENT OFFICE & PRIMROSE

ORIGINAL

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

_______________ DIVISION

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED
2019 AUG 28 PM 12: 27
DEPUTY CLERK ER

DEVABHAKTONI
Plaintiff

v.

CPS, DFPS, HOSPITALS, HP, BESTBUY etc.
Defendant

3-19CV-1743N
Case Number

ADD ON DOCUMENTS TO SUPPORT CASE

SUPPORTING DOCUMENTS FOR THE CASE

- MOHAN KUMAR RAUT BEHAVIOR TEXT MESSAGES
- KELSON BROOKS, KELSON FISCHER BEING DANCE INSTRUCTOR PROOF
- LETTER DROPPED AT MEDICAL CENTER
- OTHER DOCUMENTS.
- WILL ADD MORE IN NEXT ONE

WHY DID ROTHNER FORD & GODBEY CLOSED MY CASE WHEN HE IS CRIMINAL?

*Attach additional pages as needed

Date 08/28/2019

Signature [signature]

Print Name D. MANOGNA

Address 2255 LEBANON RD, #2107, FRISCO, TX-75034

City, State, Zip FRISCO, TX-75034

Telephone 469-978-4941

●●○○○ Verizon 11:31 AM

Mohan K

Kids don't need to suffer while you & me are fucking fighting; Iam making sure no matter which house they are in - to make sure they are not left behind

If you want to spoil & kill their lives too - Do so & I will make sure what's a angry dad is supposed to do when he sees some one meddling with the kids life

I technically don't have to pay 50%

●●○○○ Verizon LTE 3:18 PM

Mohan (2)

No you need help/guidance.

But Why did you call your brother of all the days? Yesterday evening?



Verizon LTE 2:45 PM

JULY 2017 MESSAGES After divorced Kiws on 04/14/2017

Mohan

②

You are shameless people - You blamed my expired dad, his father & his father

You all are pathetic pieces of shit that somehow got lucky

Iam not disconnecting the phone today. You have time to go to a shop & get a new connection this evening after I pick up Kushal

●●○○○ Verizon 7:42 AM

<

Mohan

I saw the handling [illegible]

He says yes to me also at home



••ooo Verizon 7:42 AM

Mohan

I don't fucking know what to do either & why he is doing all this stuff

I am just wasting money & I cannot take one kid out at a time - My Fucking life & I don't know what lam doing here

Thanks for the suggestion.
I know how to deal with a small kid.
lam talking here in length coz all the measures are failing

I'm cancelling the 2nd session of swimming for both the kids

Case 3:19-cv-02596-B-BK Document 3 Filed 11/01/19 Page 16 of 22 PageID 20

U.S. DISTRICT COURT NORTHERN DIST. OF TX FILED
2019 OCT 16 PM 4:09
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
________________ DIVISION

MANOGNA DEVABHAKTUNI
Plaintiff

v.

3:19-CV-1743-N-BT
Case Number

MOHAN KUMAR RAVI
Defendant

MOTION TO BE FILED TO RE OPEN ALL MY DEFENDANTS.

CANCELLED MY CASE UNNECCESARILY AS HE IS DEFENDANT.

PLEASE HELP ME & LET ME KNOW BEFORE ANY CHANGES BE DONE ON MY CASES

*Attach additional pages as needed

Date 10/16/2017

Signature D. Manogna

Print Name D. MANOGNA

Address

City, State, Zip

Telephone

AO 440 (Rev. 12/09) Summons in a Civil Action

UNITED STATES DISTRICT COURT
for the
Northern District of Texas

Manogna Devabhaktuni
*Plaintiff,*
v.
CPS, et al
*Defendant*

Civil Action No. 3:19-cv-01743-N-BT

**Summons in a Civil Action**

TO: Mohan Kumar Ravi

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or the plaintiff's attorney, whose name and address are:

Manogna Devabhaktuni (pro se)
2355 Lebanon Road #2107
Frisco, TX 75024

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

DATE: 08/29/2019

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 3:19-cv-01743-N-BT

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for (*name of individual and title, if any*) ____________________
was received by me on (*date*) ____________.

☐ I personally served the summons on the individual at (*place*) ____________________ on (*date*) ____________; or

☐ I left the summons at the individual's residence or usual place of abode with (*name*) ____________________, a person of suitable age and discretion who resides there, on (*date*) ____________, and mailed a copy to the individual's last known address; or

☐ I served the summons on (*name of individual*) ____________________, who is designated by law to accept service of process on behalf of (*name of organization*) ____________________ on (*date*) ____________; or

☐ I returned the summons unexecuted because ____________________; or

☐ other (*specify*) ____________________

My fees are $ ________ for travel and $ ________ for services, for a total of $ ________

I declare under penalty of perjury that this information is true.

Date: ____________

____________________
Server's signature

____________________
Printed name and title

____________________
Server's address

Additional information regarding attempted service, etc:

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF TEXAS DALLAS DIVISION

| | | |
|---|---|---|
| MANOGNA DEVABHAKTUNI, | § | Civil Action No.: 3:19-cv-01743-N-BT |
| | § | |
| Plaintiff, | § | |
| | § | |
| Vs. | § | |
| | § | |
| CPS Et. Al. | § | |
| | § | |
| | § | |
| Defendants. | § | |

**ORDER OF DISMISSAL**

Came on this day for consideration Defendant Mohan Kumar Ravi ("Defendant" or "Mohan Ravi" or "Mohan Kumat Ravi"), and its Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6), wherein Defendant seeks the dismissal of Plaintiff Manogna Devabhaktuni's complaint against Defendant (the "Motion"). After due consideration of Defendant's Motion, the submissions of the parties, the pleadings, and the applicable law, this Court is of the opinion that Defendant's Motion is meritorious and should in all things be GRANTED.

It is therefore ORDERED, ADJUDGED, and DECREED that Defendant's Motion to Dismiss is in all things GRANTED and, as to Defendant Mohan K Ravi, all causes of action are dismissed with prejudice without the right to amend.

IT IS SO ORDERED.
Signed this ____ day of ______________, 2019.

______________________________ UNITED STATES DISTRICT JUDGE

THE UNITED STATES OF AMERICA

No. 40728091

CERTIFICATE OF NATURALIZATION

Personal description of holder as of date of naturalization:

Date of birth: JULY 06, 1979

Sex: FEMALE

Height: 5 feet 5 inches

Marital status: DIVORCED

Country of former nationality: INDIA

USCIS Registration No. A087354501

I certify that the description given is true, and that the photograph affixed hereto is a likeness of me.

(Complete and true signature of holder)

Be it known that, pursuant to an application filed with the Secretary of Homeland Security

at: IRVING, TEXAS

The Secretary having found that:

MANOGNA DEVABHAKTUNI

residing at: FRISCO, TEXAS

having complied in all respects with all of the applicable provisions of the naturalization laws of the United States, being entitled to be admitted as a citizen of the United States, and having taken the oath of allegiance at a ceremony conducted by

U.S. CITIZENSHIP AND IMMIGRATION SERVICES

at: IRVING, TEXAS on: DECEMBER 10, 2018

such person is admitted as a citizen of the United States of America.

U. S. Citizenship and Immigration Services

ALTERATION OR MISUSE OF THIS DOCUMENT IS A FEDERAL OFFENSE AND PUNISHABLE BY LAW

DEPARTMENT OF HOMELAND SECURITY

CERTIFICATION OF VITAL RECORD

STATE OF TEXAS

# CERTIFICATE OF BIRTH

BIRTH NUMBER

| | | | | |
|---|---|---|---|---|
| 1. Child's Name (First, Middle, Last, Suffix): KUSHAL RAVI | | | 2. Date of Birth (mm/dd/yyyy): 11/21/2013 | 3. Sex: MALE |
| 4a. Place of Birth - County: COLLIN | 4b. City or Town: PLANO | 5. Time of Birth: 02:11 AM | 6a. Plurality - Single, Twin, Triplet, etc.: SINGLE | 6b. If Plural Birth, Born 1st, 2nd, 3rd, etc.: |
| 7a. Place of birth: ☐ Clinic / Doctor's Office ☐ Licensed Birthing Center ☒ Hospital ☐ Home Birth (Planned to deliver at home? ☐ Yes ☐ No) ☐ Other (Specify) | | 7b. Name of Hospital or Birthing Center, NPI: PRESBYTERIAN HOSPITAL OF PLANO | | |
| 8a. Attendant's Name, NPI, and Mailing Address: ALVIN GEBERT, 1600 COIT ROAD STE.210 PLANO, TEXAS 75075 | | 9a. Certifier - I certify that this child was born alive at the place and time and on the date so stated: LORETHER DENNIS (Signature and Title), 11/23/2013 (Date Signed) | | |
| 8b. ☒ MD ☐ DO ☐ CNM ☐ Midwife ☐ Other (Specify) | | 9b. ☐ Attendant ☐ Facility Administrator/Designee ☒ Other (Specify): BIRTH REGISTRY | | |
| 10. Mother's Name Prior to First Marriage (First, Middle, Last): MANOGNA DEVABHAKTUNI | | 11. Date of Birth (mm/dd/yyyy): 07/09/1979 | 12. Birthplace (State, Territory or Foreign Country): INDIA | |
| 13a. Residence - State: TEXAS | 13b. County: DENTON | 13c. City, Town or Location: FRISCO | 13d. Street Address or Rural Location: 12409 PLEASANT HILL LANE | |
| 13e. Zip Code: 75033 | 13f. Inside City Limits: ☒ Yes ☐ No | 14. Mailing Address: ☒ Same As Residence, or: | | |
| 15. Father's Name (First, Middle, Last, Suffix): MOHAN KUMAR ... RAVI | | 16. Date of Birth (mm/dd/yyyy): 08/23/1977 | 17. Birthplace (State, Territory or Foreign Country): INDIA | |
| 18a. Local File Number: 0712431 | 18b. Date Received by Local Registrar: 11/27/2013 | 18c. Signature of Local Registrar: [signature] | | |

VS-111.3 REV. 01/05 WARNING: THE PENALTY FOR KNOWINGLY MAKING A FALSE STATEMENT IN THIS FORM CAN BE 2-10 YEARS IN PRISON AND/OR FINE OF UP TO $10,000. 350230

State Of Texas
County of Collin

I hereby certify that the foregoing is a true and correct copy of the original record as filed in this office.

COLLIN COUNTY

Issued: April 11, 20[illegible] Stacey Kemp, County Clerk

By: [signature] Deputy

365748

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE

CERTIFICATION OF VITAL RECORD

STATE OF TEXAS

CERTIFICATE OF BIRTH

BIRTH NUMBER

| 1. Child's Name First | Middle | Last | Suffix | 2. Date of Birth (mm/dd/yyyy) | 3. Sex |
|---|---|---|---|---|---|
| TRAYEE | | RAVI | | 03/18/2011 | FEMALE |

| 4a. Place of Birth - County | 4b. City or Town | 5. Time of Birth | 6a. Plurality - Single, Twin, Triplet, etc. | 6b. If Plural Birth, Born 1st, 2nd, 3rd, etc. |
|---|---|---|---|---|
| COLLIN | PLANO | 10:19 AM | SINGLE | |

7a. Place of Birth ☐ Clinic / Doctor's Office ☐ Licensed Birthing Center ☒ Hospital ☐ Home Birth (Planned to deliver at home? ☐ Yes ☐ No) ☐ Other (Specify)

7b. Name of Hospital or Birthing Center: PRESBYTERIAN HOSPITAL OF PLANO

8a. Attendant's Name, NPI, and Mailing Address: ALVIN GEBERT, 1600 COIT ROAD STE 210 PLANO, TEXAS 75075

8b. ☒ MD ☐ DO ☐ CNM ☐ Midwife ☐ Other (Specify)

9a. Certifier - I certify that this child was born alive at the place and time and on the date as stated.
DIANA NAVARRO — Signature and Title — 03/20/2011 Date Signed

9b. ☐ Attendant ☒ Facility Administrator/Designee ☐ Other (Specify)

| 10. Mother's Name Prior to First Marriage First | Middle | Last | 11. Date of Birth (mm/dd/yyyy) | 12. Birthplace (State, Territory or Foreign Country) |
|---|---|---|---|---|
| MANOGNA | | DEVABHAKTUNI | 07/06/1979 | INDIA |

| 13a. Residence - State | 13b. County | 13c. City, Town or Location | 13d. Street Address or Rural Location |
|---|---|---|---|
| TEXAS | DENTON | FRISCO | 12400 PLEASANT HILL LANE |

| 13e. Zip Code | 13f. Inside City Limits | 14. Mailing Address |
|---|---|---|
| 75034 | ☒ Yes ☐ No | Same As Residence |

| 15. Father's Name First | Middle | Last | Suffix | 16. Date of Birth (mm/dd/yyyy) | 17. Birthplace (State, Territory or Foreign Country) |
|---|---|---|---|---|---|
| MOHAN | KUMAR | RAVI | | 04/[illegible]/1977 | INDIA |

| 18a. Local File Number | 18b. Date Received by Local Registrar | 18c. Signature of Local Registrar |
|---|---|---|
| 07-6292 | 03/22/2011 | [signature] |

VS-111 REV. 01/[illegible] WARNING: THE PENALTY FOR KNOWINGLY MAKING A FALSE STATEMENT IN THIS FORM CAN BE 2-10 YEARS IN PRISON AND A FINE OF UP TO $5,000. 075955

State Of Texas
County of Collin

I hereby certify that the foregoing is a true and correct copy of the original record as filed in this office.

COLLIN COUNTY

Issued: April 11, 2016 [handwritten] — Stacey Kemp, County Clerk

By: [signature] Deputy

365749

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE

**3:19-cv-02216-G-BT** Devabhaktuni v. Godbey
A. Joe Fish, presiding
Rebecca Rutherford, referral
**Date filed:** 09/16/2019
**Date terminated:** 10/28/2019
**Date of last filing:** 10/28/2019

# History

| Doc. No. | Dates | Description |
|---|---|---|
| 1 | *Filed:* 09/16/2019<br>*Entered:* 09/17/2019 | Judge Fish |
| 2 | *Filed:* 09/16/2019<br>*Entered:* 09/17/2019 | Notice and Instruction to Pro Se Party |
| 3 | *Filed:* 09/16/2019<br>*Entered:* 09/17/2019 | Complaint |
| 4 | *Filed:* 10/04/2019<br>*Entered:* 10/07/2019<br>*Terminated:* 10/28/2019 | Findings and Recommendations |
| 5 | *Filed:* 10/28/2019<br>*Entered:* 10/29/2019 | Order Accepting/Adopting Findings and Recommendations |
| 6 | *Filed:* 10/28/2019<br>*Entered:* 10/29/2019 | Judgment |

JS 44 (Rev. 06/17) - TXND (Rev. 06/17)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

**I. (a) PLAINTIFFS** Devabhaktuni Manogna

**DEFENDANTS** Jane J. Boyle, A. Joel... , Custom Border Patrol

(b) County of Residence of First Listed Plaintiff Dallas
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant Dallas
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

(c) Attorneys *(Firm Name, Address, and Telephone Number)*
Self

Attorneys *(If Known)*

RECEIVED NOV - 5 2019

**II. BASIS OF JURISDICTION** *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question *(U.S. Government Not a Party)*
- ☐ 2 U.S. Government Defendant
- ☒ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

**III. CITIZENSHIP OF PRINCIPAL PARTIES** *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* *(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☒ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☒ 2 | ☒ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☒ 3 | ☒ 3 | Foreign Nation | ☒ 6 | ☒ 6 |

**IV. NATURE OF SUIT** *(Place an "X" in One Box Only)* Click here for: Nature of Suit Code Descriptions.

**CONTRACT**
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**TORTS**

PERSONAL INJURY
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☒ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☒ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☒ 360 Other Personal Injury
- ☐ 362 Personal Injury - Medical Malpractice

PERSONAL INJURY
- ☐ 365 Personal Injury - Product Liability
- ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY
- ☒ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**CIVIL RIGHTS**
- ☒ 440 Other Civil Rights
- ☐ 441 Voting
- ☐ 442 Employment
- ☒ 443 Housing/ Accommodations
- ☒ 445 Amer. w/Disabilities - Employment
- ☒ 446 Amer. w/Disabilities - Other
- ☐ 448 Education

**PRISONER PETITIONS**

Habeas Corpus:
- ☐ 463 Alien Detainee
- ☐ 510 Motions to Vacate Sentence
- ☐ 530 General
- ☐ 535 Death Penalty

Other:
- ☐ 540 Mandamus & Other
- ☒ 550 Civil Rights
- ☐ 555 Prison Condition
- ☐ 560 Civil Detainee - Conditions of Confinement

**FORFEITURE/PENALTY**
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 690 Other

**LABOR**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Management Relations
- ☐ 740 Railway Labor Act
- ☐ 751 Family and Medical Leave Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Employee Retirement Income Security Act

**IMMIGRATION**
- ☐ 462 Naturalization Application
- ☒ 465 Other Immigration Actions

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 835 Patent - Abbreviated New Drug Application
- ☐ 840 Trademark

**SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- ☐ 375 False Claims Act
- ☐ 376 Qui Tam (31 USC 3729(a))
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Sat TV
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 890 Other Statutory Actions
- ☐ 891 Agricultural Acts
- ☐ 893 Environmental Matters
- ☐ 895 Freedom of Information Act
- ☐ 896 Arbitration
- ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- ☐ 950 Constitutionality of State Statutes

**V. ORIGIN** *(Place an "X" in One Box Only)*

☒ 1 Original Proceeding ☐ 2 Removed from State Court ☐ 3 Remanded from Appellate Court ☐ 4 Reinstated or Reopened ☐ 5 Transferred from Another District *(specify)* ☐ 6 Multidistrict Litigation - Transfer ☐ 8 Multidistrict Litigation - Direct File

**VI. CAUSE OF ACTION**
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
Brief description of cause: NOT ADDRESSING CASE " 3-19CV2596-R " PROPERTY

**VII. REQUESTED IN COMPLAINT:** ☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P. **DEMAND $** CHECK YES only if demanded in complaint: **JURY DEMAND:** ☐ Yes ☐ No

**VIII. RELATED CASE(S) IF ANY** *(See instructions)*: JUDGE ______ DOCKET NUMBER ______

DATE 11/05/2019 SIGNATURE OF ATTORNEY OF RECORD D Manogna

FOR OFFICE USE ONLY

RECEIPT # ______ AMOUNT ______ APPLYING IFP ______ JUDGE ______ MAG. JUDGE ______

# INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

**I.(a)** **Plaintiffs-Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

**(b)** **County of Residence.** For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

**(c)** **Attorneys.** Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

**II.** **Jurisdiction.** The basis of jurisdiction is set forth under Rule 8(a), F.R.Cv.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.
United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.
United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.
Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.
Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked. (See Section III below; **NOTE: federal question actions take precedence over diversity cases.**)

**III.** **Residence (citizenship) of Principal Parties.** This section of the JS 44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

**IV.** **Nature of Suit.** Place an "X" in the appropriate box. If there are multiple nature of suit codes associated with the case, pick the nature of suit code that is most applicable. Click here for: Nature of Suit Code Descriptions.

**V.** **Origin.** Place an "X" in one of the seven boxes.
Original Proceedings. (1) Cases which originate in the United States district courts.
Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441. When the petition for removal is granted, check this box.
Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.
Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.
Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.
Multidistrict Litigation – Transfer. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407.
Multidistrict Litigation – Direct File. (8) Check this box when a multidistrict case is filed in the same district as the Master MDL docket.
**PLEASE NOTE THAT THERE IS NOT AN ORIGIN CODE 7.** Origin Code 7 was used for historical records and is no longer relevant due to changes in statue.

**VI.** **Cause of Action.** Report the civil statute directly related to the cause of action and give a brief description of the cause. **Do not cite jurisdictional statutes unless diversity.** Example: U.S. Civil Statute: 47 USC 553 Brief Description: Unauthorized reception of cable service

**VII.** **Requested in Complaint.** Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.
Demand. In this space enter the actual dollar amount being demanded or indicate other demand, such as a preliminary injunction.
Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

**VIII.** **Related Cases.** This section of the JS 44 is used to reference related pending cases, if any. If a related case exists, whether pending or closed, insert the docket numbers and the corresponding judge names for such cases. A case is related to this filing if the case: 1) involves some or all of the same parties and is based on the same or similar claim; 2) involves the same property, transaction, or event; 3) involves substantially similar issues of law and fact; and/or 4) involves the same estate in a bankruptcy appeal.

**Date and Attorney Signature.** Date and sign the civil cover sheet.